# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-3179 |
| | ) | |
| WESTERN ILLINOIS UNIVERSITY, | ) | |
| Western Illinois University Office of Public | ) | |
| Safety, JACK THOMAS, President; | ) | |
| Vice Provost RUSS MORGAN; | ) | |
| ERSKINE SMITH, Dean; KATRINA | ) | |
| DAYTNER, Assistant Dean; JILL JOLENE | ) | |
| MYERS, Director, KIMBERLY DODSON, | ) | |
| Professor in the Law Enforcement and Justice | ) | |
| Administration Department, in their individual | ) | |
| and Official Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants, WESTERN ILLINOIS UNIVERSITY, KATRINA DAYTNER, KIMBERLY DODSON, RUSS MORGAN, JILL MYERS, ERSKINE SMITH, and JACK THOMAS, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff's amended complaint, stating as follows:

1. On May 24, 2017, Plaintiff filed his amended complaint and included the following claims: gender discrimination, constructive discharge, and hostile work environment under Title VII; due process violations under 42 U.S.C. § 1983; and state law claims of negligent infliction of emotional distress, defamation *per se*, and defamation *per quod*. Plaintiff seeks monetary, equitable, and injunctive relief.

2.    Plaintiff appears to bring each claim against all Defendants in their individual and official capacities.

3.    Each claim should be dismissed for the reasons listed below.

4.    The Title VII claims against the individual defendants in both their individual and official capacities should be dismissed because there is no individual liability under Title VII.

5.    Plaintiff further fails to state a cause of action for gender discrimination, constructive discharge, and hostile work environment under Title VII.

6.    The § 1983 claims for monetary damages against Western Illinois University and the individual defendants in their official capacities should be dismissed because they are barred by the Eleventh Amendment.

7.    Plaintiff also fails to state a cause of action for procedural and substantive due process under § 1983.

8.    The remaining state law claims should be dismissed because Defendants are entitled to public official immunity.

9.    Additionally, the Court should decline to extend supplemental jurisdiction over the state law claims, as Plaintiff fails to state a cause of action for his federal claims.

10.    The claim of negligent infliction of emotion distress should be dismissed because Plaintiff failed to allege any physical contact with Defendants.

11.    The defamation *per se* claim should be dismissed because the statements in question do not mention Plaintiff by name, and thus they are not defamatory to him on their face.

12.    The defamation *per quod* claim should be dismissed because Plaintiff failed to plead extrinsic facts and circumstances and special damages.

13. Filed simultaneously and incorporated herein is a memorandum of law in support of Defendants' motion to dismiss.

WHEREFORE, Defendants request this honorable Court dismiss Plaintiff's complaint with prejudice.

Respectfully submitted,

WESTERN ILLINOIS UNIVERSITY, KATRINA DAYTNER, KIMBERLY DODSON, RUSS MORGAN, JILL MYERS, ERSKINE SMITH, and JACK THOMAS,

Defendants,

LISA MADIGAN, Illinois Attorney General,

Attorney for Defendants,

By: s/Anupama Paruchuri
ANUPAMA PARUCHURI
Assistant Attorney General

Anupama Paruchuri, #6302715
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: aparuchuri@atg.state.il.us