Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Michael Thomas Curtis,                )
                                      )
   **Plaintiff,**                     )
                                      )
   vs.                                )   Case Number: 17-cv-3179
                                      )
Western Illinois University, Jack Thomas,
Russ Morgan, Erskine Smith, Katrina Daytner,
Jill Jolene Myers, Kimberly Dodson,

   **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's federal claims are dismissed with prejudice for failure to state a claim and his state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

**Dated:** 5/22/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court